IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD P. WASHBURN | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-01-107 |
| | § | |
| GREGORY R. DAHLBURG, ET AL. | § | |

FINAL JUDGMENT

Pursuant to the Opinion and Order of this Court on even date herewith, this action is DISMISSED, with prejudice, for lack of subject matter jurisdiction.

Given the torturous history of this litigation, each party SHALL bear his own costs.

THIS IS A FINAL JUDGMENT.

DONE at Galveston, Texas, this ____14th____ day of June, 2005.

John R. Froeschner
United States Magistrate Judge